UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

STEFAN THOMAS ALMOND,

               Petitioner,

v.                                          No. 5:20-CV-00061-H

DIRECTOR, TDCJ-CID,

               Respondent.

### JUDGMENT

For the reasons stated in the Court's order entered today, it is ordered, adjudged, and decreed that the petition for writ of habeas corpus is dismissed for lack of jurisdiction.

Dated May 25, 2022.

_____
JAMES WESLEY HENDRIX
United States District Judge